IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ERIK T. TURNER, #N3437**                                    **PETITIONER**

**VERSUS**                              **CIVIL ACTION NO. 4:07-cv-102-TSL-LRA**

**STATE OF MISSISSIPPI**                                      **RESPONDENT**

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to exhaust available state court remedies.

SO ORDERED AND ADJUDGED, this the   15th   day of February, 2008.


                                         /s/Tom S. Lee
                                         UNITED STATES DISTRICT JUDGE